IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAMES R. MILLS : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02-cv-00664 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| WANZA JACKSON, WARDEN : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

   Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Court ADOPTS the Magistrate Judge's Report and AFFIRMS the Magistrate Judge's Recommendation (doc. 10). The Court DENIES Petitioner's Objections to the Magistrate's Report and Recommendation (doc. 11). However, the Court does not accept the Magistrate's Recommendation that a certificate of appealability not be granted regarding the admission of certain evidence and accordingly GRANTS a certificate of appealability for all issues.

| | |
|---|---|
| 6/8/05 | James Bonini, Clerk |
| | |
| | s/Kevin Moser |
| | Kevin Moser |
| | Deputy Clerk |